**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. |
| | : | 3:01CR00213(AVC) |
| JASON CALVO | : | |

**ORDER OF AMENDMENT OF JUDGMENT**
**REDUCING TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §3582(c)**

On January 13, 2003, this court sentenced the defendant, Jason Calvo, to a term of imprisonment of 77 months. Pursuant to 18 U.S.C. § 3582(c)(2); Amendment 706 in Appendix C to the U.S. Sentencing Guidelines Manual, providing for a lower guidelines sentencing range for certain offenses involving crack cocaine; and the policy statement contained in Guidelines § 1B1.10, the application notes thereto, and all other applicable policy statements issued by the Sentencing Commission; and upon the court's own motion,

**IT IS ORDERED**, after considering the government's Notice on this issue, the recommendation of the probation officer, the reduced Guidelines sentencing range indicated below, and the factors set forth in 18 U.S.C. § 3553(a), that the defendant's term of imprisonment be reduced as follows:

The defendant's previously determined sentencing range, based upon a total offense level of 21 and a criminal history category of VI, was 77 to 96 months. The defendant's amended and reduced sentencing range, based upon the amended guidelines range that would have been applicable to the defendant if Amendment 706

had been in effect at the time the defendant was sentenced, and leaving all other guideline application decisions unaffected, is 63 to 78 months based upon a total offense level of 19 and a criminal history category of VI.  Pursuant to Guidelines § 1B1.10(b), in no event may a reduced term of imprisonment resulting from the application of 18 U.S.C. § 3582(c)(2) be less than the term of imprisonment the defendant has already served.

Therefore, it is hereby ORDERED that the defendant's term of imprisonment contained in the judgment (document no. 295) entered by the court in the above-entitled case be reduced to a total term of **Sixty Three (63) months, or, if such reduced term is less than the term of imprisonment the defendant has already served, then to time served.**  The court finds that this reduction is consistent with the applicable policy statements issued by the Sentencing Commission.  All other provisions of the original judgment remain intact.

It is SO ORDERED this 3rd day of March, 2008, at Hartford, Connecticut.

      _____/s/_____
      Alfred V. Covello
      United States District Judge