# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JASON CALVO                               Docket No. 3:01CR00213(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Charmaine R. Harkins, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Calvo, who was sentenced to 77 months' imprisonment, concurrent to state sentence, for a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine Base, by the Honorable Alfred V. Covello, Senior United States District Judge, sitting in the court at Hartford, Connecticut on January 13, 2003, who fixed the period of supervision at 4 years which commenced on March 11, 2008 and imposed the general terms and conditions theretofore adopted by the court. The following special condition was ordered: 1) The defendant shall participate in substance abuse treatment services as directed by the U.S. Probation Officer. Mr. Calvo was released on March 11, 2008 due to the crack retroactive amendment. His supervision terminates on March 10, 2012.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Mandatory Condition: "The defendant shall not commit another federal, state or local crime."**

On August 3, 2008, the defendant was arrested by Officer David Buck, Badge # 434, of the Meriden, Connecticut Police Department and charged with Strangulation 2nd Degree, in violation of Ct. General Statute 123(a); Assault 3rd Degree, in violation of Ct. General Statute 53A-61 and Disorderly Conduct, in violation of Ct. General Statute 53A-182. According to the attached incident report, Mr. Calvo attempted to strangle his girlfriend. The police were dispatched to the ir home and Mr. Calvo was arrested. Evidence in support of this arrest is found in report number 01-08-019965. Mr. Calvo is scheduled to appear in Meriden Superior Court on August 25, 2008 under docket number N07MCR080248079-5. He is being held at the New Haven Correctional Center, in New Haven, Connecticut on a $95,000 bond.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant lodged as a detainer, with supervision being tolled.

## ORDER OF COURT

Considered and ordered this 12th day of August, 2008 and ordered filed and made a part of the records in the above case.

/s/ Alvin W. Thompson, USDJ
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

Charmaine R. Harkins
United States Probation Officer

Place Hartford, Connecticut

Date August 12, 2008

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 12th day of August 2008 at Hartford, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

/s/ Alvin W. Thompson, USDJ
The Honorable Alvin W. Thompson
United States District Judge

PROB 19
(Rev. 1/82)

# United States District Court

for

DISTRICT OF CONNECTICUT

U.S.A. vs Jason Calvo                               Docket No. 0205-3:01CR0021(AVC)

TO:[1]  any United States Marshal

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named subject and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. ||||
| NAME OF SUBJECT<br>Jason Calvo | SEX<br>Male | RACE<br>White | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE)<br>Detained at New Haven Correctional Center, Whalley Avenue, New Haven, Connecticut ||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>The Honorable Alfred V. Covello, Hartford, Connecticut ||  DATE IMPOSED<br>1/13/07 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Alfred V. Covello, Hartford, Connecticut ||||
| CLERK<br>Roberta D. Tabora | (BY) DEPUTY CLERK<br>*signature* || DATE<br>8/12/08 |
| RETURN ||||
| Warrant received and executed | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."